**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CRAIG LANSER,**
**Plaintiff,**

**vs.** **Case No.: 3:26cv1987/MCR/ZCB**

**SUPERIOR COURT OF CALIFORNIA-SAN DIEGO, et al.,**
**Defendants.**
______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on July 22, 2026. (Doc. 15). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 15) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for improper venue.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**